

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00364-CV

Charley **HAYES**,
Appellant

v.

**GREYSTONE BRIDGE BARRINGTON, LLC** d/b/a GBB La Silva,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV03754
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: October 22, 2025

DISMISSED FOR LACK OF JURISDICTION

On June 5, 2025, Appellant Charley-Hayes filed a notice of appeal stating his intent to appeal from a judgment signed on June 5, 2025 in Trial Court No. 2025CV03754. On August 5, 2025, the trial court clerk filed a notice of late clerk's record stating that no judgment has been filed in Trial Court No. 2025CV03754. A review of the trial court's docket in Trial Court No. 2025CV03754 reflects that appellant appealed the decision from the Justice of the Peace Court to the County Court at Law No. 3, and that appellant's appeal in the County Court at Law No. 3

remains pending. Thus, it appears that there is no final judgment in Trial Court No. 2025CV03754 and that we lack jurisdiction over this appeal. *See Rush Truck Ctrs. of Tex., L.P. v. Sayre*, 718 S.W.3d 233, 237 (Tex. June 6, 2025) ("Courts of appeals generally have appellate jurisdiction only over final judgments") (citing *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001)).

We ordered appellant to show cause by September 8, 2025 why this appeal should not be dismissed for lack of jurisdiction. Appellant did not respond to our order. We therefore dismiss this appeal for lack of jurisdiction.

PER CURIAM